RECEIVED
OCT 30 2019
STOEL RIVES LLP

October 28, 2019

James M. Shore
Stoel Rives, LLP
600 University Street, Ste. 3600
Seattle, WA 98101
jimshore@stoel.com

Re:  Pacific Woodtech Corporation

Dear Mr. Shore,

    This letter responds to your letter dated October 22, 2019, on behalf of my former employer, Pacific Woodtech Corporation. Prior to my resignation on October 11, I was fortunate to enjoy a long and highly productive career with PWC. It has never been my intention to disclose or misuse PWC's confidential or proprietary information for any purpose, and PWC can be assured that I will not do so.

    Enclosed with this letter is a flash drive that contains all of the written information related to my employment with PWC (confidential or otherwise), that remained in my possession after my resignation. I have not retained copies or any other record of this information, with two exceptions. The exceptions include a copy of my PWC employee handbook, and a copies of materials related to my ongoing service on the NAWLA Board of Directors and the APA Marketing Advisory Committee and its subcommittees. These materials do not contain PWC's confidential or proprietary information, and I have been advised that I am entitled to retain copies of them for my personal records.

    I trust that the assurances provided in this letter and the return of the enclosed flash drive will conclude this matter. Should you have any further questions, please contact Murphy Company's attorney, Michael E. Haglund.

Very truly yours,

*Dan Semsak* (signature)

Dan Semsak

Enclosure