Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PACIFIC WOODTECH CORPORATION, a Washington corporation,<br><br>*Plaintiff*,<br><br>v.<br><br>DANIEL SEMSAK, an individual,<br><br>*Defendant*. | Case No.  2:19-cv-01984 BJR<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TEMPORARY INJUNCTION** |

## ORDER

The Court having reviewed the parties' Joint Motion to Extend Temporary Injunction, Dkt. No. 35, the Motion is GRANTED. The temporary injunction is continued in effect until July 1, 2020.

Dated this 30th day of April, 2020.

*[signature]*
The Honorable Barbara J. Rothstein
United States District Court Judge