1

2

Honorable Barbara J. Rothstein

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

PACIFIC WOODTECH CORPORATION,
a Washington corporation,

No.  2:19-cv-01984 BJR

12

Plaintiff,

**JOINT MOTION TO EXTEND
TEMPORARY INJUNCTION AND TO
CONTINUE DEADLINE FOR
DEFENDANT TO PRODUCE
DOCUMENTS**

13

v.

14

DANIEL SEMSAK, an individual,

15

Defendant.

16

17

Plaintiff Pacific Woodtech Corporation and Defendant Daniel Semsak jointly move the

18

Court to extend the temporary injunction currently in place and set to expire on July 1, 2020,

19

until July 24, 2020.  This joint motion is without prejudice to Defendant's right to object to any

20

further extension of the temporary injunction currently in place, or to dispute any of Plaintiff's

21

factual or legal contentions that underlie the temporary injunction.  Defendant's joinder in this

22

motion may not be construed as an admission of liability, or of any of the facts alleged in

23

Plaintiff's pleadings that were not specifically admitted by Defendant in its Answer to

24

Complaint, Affirmative Defenses, and Counterclaims.  ECF No. 23.

25

/ / /

26

/ / /

JOINT MOTION TO EXTEND TEMPORARY INJUNCTION
AND TO CONTINUE DEADLINE TO PRODUCE DOCUMENTS - 1
(Cause No. 2:19-cv-01984 BJR)

1    Plaintiff and Defendant also jointly move the Court to extend the deadline for Defendant

2    to produce privilege and relevancy logs per the Stipulated Order Governing Discovery of

3    Electronically Stored Information (the "ESI Order," ECF No. 33) until July 11, 2020.

4    **FACTS SUPPORTING EXTENSION**

5    1.    On December 6, 2019, the Court entered a temporary protective order enjoining

6    Defendant from disclosing or using Plaintiff's confidential information and trade secrets and

7    requiring Defendant and Murphy Company to preserve all evidence in whatever form currently

8    available related to Defendant's confidential information.  ECF No. 11.

9    2.    The parties agreed to the extension of the terms of the temporary protective order

10   in the form of a temporary injunction while they negotiated the protocol for the inspection of

11   Defendant's home and work computers.  On December 17, 2019, the Court converted the

12   temporary restraining order to a temporary injunction under Federal Rule of Civil Procedure

13   65(a) and ordered it to continue in effect until January 31, 2020.  ECF No. 22.  The Court also

14   ordered the parties to update the Court on the progress of their negotiations no later than January

15   10, 2020.  *Id.*

16   3.    On January 10, 2020, the parties filed a joint motion to extend the temporary

17   injunction.  ECF No. 26.  The Court granted that motion extending the temporary injunction until

18   February 29, 2020.  ECF No. 27.

19   4.    On February 18, 2020, the parties filed a joint motion to extend the temporary

20   injunction a second time.  ECF No. 28.  The Court granted that motion extending the temporary

21   injunction until May 1, 2020.  ECF No. 29.

22   5.    On April 28, 2020, the parties filed a joint motion to extend the temporary

23   injunction a third time.  ECF No. 35.  The Court granted that motion extending the temporary

24   injunction until July 1, 2020.  ECF No. 36.

25   6.    Following collection and imaging of electronic devices tendered to eDiscovery by

26   Defendant and receipt of eDiscovery's report per the ESI Order,  the parties promptly entered

JOINT MOTION TO EXTEND TEMPORARY INJUNCTION
AND TO CONTINUE DEADLINE TO PRODUCE DOCUMENTS - 2
(Cause No. 2:19-cv-01984 BJR)

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
Telephone 206.624.0900

1    into settlement discussions. To date, the parties have exchanged multiple settlement offers and

2    have conferred extensively via telephone on two occasions. In light of these ongoing settlement

3    efforts, the parties have agreed to postpone Defendant's counsel's review of documents resulting

4    from the Special Master's work, preparation of associated privilege and relevancy logs, and

5    subsequent production of non-privileged responsive documents, in order to allow resources to be

6    dedicated to conflict resolution efforts.  The parties accordingly seek to postpone all deadlines

7    under the ESI Order for a reasonable period to accommodate ongoing settlement negotiations,

8    and seek a corresponding extension of the temporary injunction.

9                                    **<u>REQUESTED EXTENSION</u>**

10            The parties have conferred and agree that an extension of the temporary injunction would

11    be appropriate to give the Defendant time to review and produce documents and Plaintiff time to

12    review produced documents in the event the settlement negotiations are unsuccessful.  The

13    / / /

14    / / /

15    / / /

16    / / /

17    / / /

18    / / /

19    / / /

20    / / /

21    / / /

22    / / /

23    / / /

24    / / /

25    / / /

26    / / /

JOINT MOTION TO EXTEND TEMPORARY INJUNCTION
AND TO CONTINUE DEADLINE TO PRODUCE DOCUMENTS - 3
(Cause No. 2:19-cv-01984 BJR)
106959007.3 0030424-00043

1   parties accordingly jointly move and respectfully request that the Court extend the temporary

2   injunction until July 24, 2020, and the deadline for Defendant to produce privilege and relevancy

3   logs pursuant to the ESI Order until July 11, 2020.

4

5   Dated this 15th day of June, 2020.          Dated this 15th day of June, 2020.

6       STOEL RIVES LLP                          HAGLUND KELLEY LLP

7

8       By: *s/James M. Shore*                    By: *s/via email authorization on 6/15/20*
        James M. Shore, WSBA No. 28095           Michael E. Haglund, OSB 772030
9       Reid E. McElrath, WSBA No. 49668         (*pro hac vice*)
        600 University Street, Suite 3600        Eric J. Brickenstein, OSB 142852
10      Seattle, WA 98101-4109                   (*pro hac vice*)
        Telephone: (206) 386-7578               200 SW Market Str., Ste. 1777
11      Facsimile: (206) 386-7500               Portland, OR 97201
        Email: jim.shore@stoel.com              Telephone: (503) 225-0777
12      Email: reid.mcellrath@stoel.com         Email: mhaglund@hk-law.com
                                                Email : ebrickenstein@hk-law.com
13      Marc A. Al (MN ID 247923) (*pro hac vice*)
        33 South Sixth Street, Suite 4200       JAMESON BABBITT STITES &
14      Minneapolis, MN 55402                   LOMBARD
        Telephone: (612) 373-8801
15      Facsimile: (612) 373-8881               Bruce P. Babbitt, WSBA No. 4830
        Email: marc.al@stoel.com                801 2nd Avenue, Suite 1000
16                                              Seattle, WA 98104-1515
        *Attorneys for Plaintiff Pacific Woodtech*   Telephone: (206) 292-1994
17      *Corporation*                           Email: bbabbitt@jbsl.com

18

19                                              *Attorneys for Defendant Daniel Semsak*

20

21

22

23

24

25

26

JOINT MOTION TO EXTEND TEMPORARY INJUNCTION
AND TO CONTINUE DEADLINE TO PRODUCE DOCUMENTS - 4
(Cause No. 2:19-cv-01984 BJR)

1

## ORDER

2       **The Joint Motion to Extend Temporary Injunction is GRANTED.**  The temporary

3 injunction is continued in effect until July 24, 2020.  The deadline for Defendant to produce

4 privilege and relevancy logs pursuant to the ESI Order is continued to July 11, 2020.

5

      Dated this 15th day of June, 2020.

6

7

8 _____
    The Honorable Barbara J. Rothstein

9     United States District Court Judge

10

PRESENTED BY:

11

STOEL RIVES LLP

12

13 By: _s/James M. Shore_____

14 James M. Shore, WSBA No. 28095
Reid E. McEllrath, WSBA No. 49668

15 600 University Street, Suite 3600
Seattle, WA 98101-4109

16 Telephone: (206) 386-7578
Facsimile: (206) 386-7500

17 Email: jim.shore@stoel.com
Email: reid.mcellrath@stoel.com

18 Marc A. Al (MN ID 247923) (*pro hac vice*)

19 33 South Sixth Street, Suite 4200
Minneapolis, MN  55402

20 Telephone: (612) 373-8801
Facsimile: (612) 373-8881

21 Email: marc.al@stoel.com

22 *Attorneys for Plaintiff Pacific Woodtech Corporation*

23

24

25

26

JOINT MOTION TO EXTEND TEMPORARY INJUNCTION
AND TO CONTINUE DEADLINE TO PRODUCE DOCUMENTS - 5
(Cause No. 2:19-cv-01984 BJR)
106959007.3 0030424-00043

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone 206.624.0900*

1    STIPULATED TO AND APPROVED AS TO FORM
     AND CONTENT BY, AND NOTICE OF
2    PRESENTATION WAIVED BY:

3    HAGLUND KELLEY LLP

4
     By: *s/via email authorization on 6/15/20*
5    Michael E. Haglund, OSB 772030
     (*pro hac vice*)
6    Eric J. Brickenstein, OSB 142852
     (*pro hac vice*)
7    200 SW Market Str., Ste. 1777
8    Portland, OR 97201
     Telephone: (503) 225-0777
9    Email: mhaglund@hk-law.com
     Email: ebrickenstein@hk-law.com
10
11   JAMESON BABBITT STITES & LOMBARD

12   Bruce P. Babbitt, WSBA No. 4830
     801 2nd Avenue, Suite 1000
13   Seattle, WA 98104-1515
     Telephone: (206) 292-1994
14   Email: bbabbitt@jbsl.com

15   *Attorneys for Defendant Daniel Semsak*
16

17

18

19

20

21

22

23

24

25

26

JOINT MOTION TO EXTEND TEMPORARY INJUNCTION
AND TO CONTINUE DEADLINE TO PRODUCE DOCUMENTS - 6
(Cause No. 2:19-cv-01984 BJR)

106959007.3 0030424-00043

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone 206.624.0900*

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on June 15, 2020, the foregoing document was filed using the

3

Court's electronic court filing system, which will send electronic service to all parties who have

4

appeared in the action.

5

**STOEL RIVES LLP**

6

7

8

By:  s/James M. Shore
      James M. Shore, Bar No. 28095

9

      600 University Street, Suite 3600
      Seattle, WA 98101-4109

10

      Telephone: (206) 386-7578
      Facsimile: (206) 386-7500

11

      jim.shore@stoel.com

12

      Attorneys for Plaintiff Pacific Woodtech
      Corporation

13

14

15

16

17

18

19

20

21

22

23

24

25

26

JOINT MOTION TO EXTEND TEMPORARY INJUNCTION
AND TO CONTINUE DEADLINE TO PRODUCE DOCUMENTS - 7
(Cause No. 2:19-cv-01984 BJR)