Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PACIFIC WOODTECH CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL SEMSAK, an individual,<br><br>Defendant. | No. 2:19-cv-01984 BJR<br><br>**STIPULATED DISMISSAL WITH PREJUDICE OF ACTION, RESERVING COURT JURISDICTION OVER PERMANENT INJUNCTION** |

The parties hereto, by and through their undersigned counsel of record, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(2) to dismissal of this action and all claims set forth therein, with prejudice and without an award of legal fees or costs to any party, *except that* the Court shall continue to have and exercise jurisdiction over the Permanent Injunction entered on July 13, 2020, until five years after the date of entry.

STIPULATED DISMISSAL WITH PREJUDICE OF ACTION, RESERVING COURT JURISDICTION OVER PERMANENT INJUNCTION - 1
(Cause No. 2:19-cv-01984 BJR)
107106807.3 0030424-00043

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone 206.624.0900

| | | |
|---|---|---|
| 1 | Dated this 4th day of August, 2020. | Dated this 4th day of August, 2020. |
| 2 | STOEL RIVES LLP | HAGLUND KELLEY LLP |
| 3 | | |
| 4 | By: s/James M. Shore<br>James M. Shore, WSBA No. 28095 | By: s/via authorization by counsel<br>Michael E. Haglund, OSB 772030 |
| 5 | Reid E. McEllrath, WSBA No. 49668<br>600 University Street, Suite 3600 | (*pro hac vice*)<br>Eric J. Brickenstein, OSB 142852 |
| 6 | Seattle, WA 98101-4109<br>Telephone: (206) 386-7578 | (*pro hac vice*)<br>200 SW Market Str., Ste. 1777 |
| 7 | Facsimile: (206) 386-7500<br>Email: jim.shore@stoel.com | Portland, OR 97201<br>Telephone: (503) 225-0777 |
| 8 | reid.mcellrath@stoel.com | Email: mhaglund@hk-law.com<br>ebrickenstein@hk-law.com |
| 9 | Marc A. Al (MN ID 247923) (*pro hac vice*)<br>33 South Sixth Street, Suite 4200 | |
| 10 | Minneapolis, MN  55402<br>Telephone: (612) 373-8801 | JAMESON BABBITT STITES &<br>LOMBARD |
| 11 | Facsimile: (612) 373-8881<br>Email: marc.al@stoel.com | |
| 12 | | Bruce P. Babbitt, WSBA No. 4830 |
| 13 | *Attorneys for Plaintiff Pacific Woodtech Corporation* | 801 2nd Avenue, Suite 1000 |
| 14 | | Seattle, WA 98104-1515<br>Telephone: (206) 292-1994<br>Email: bbabbitt@jbsl.com |
| 15 | | |
| 16 | | *Attorneys for Defendant Daniel Semsak and non-party Murphy Company* |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |

STIPULATED DISMISSAL WITH PREJUDICE OF ACTION, RESERVING COURT JURISDICTION OVER PERMANENT INJUNCTION - 2
(Cause No. 2:19-cv-01984 BJR)

107106807.3 0030424-00043

**ORDER**

Pursuant to the parties' settlement and stipulation, this action is hereby dismissed with prejudice and without an award of legal fees or costs to any party, *except that* the Court shall continue to have jurisdiction over the Permanent Injunction entered on July 13, 2020, until five years after the date of entry.

Dated this 5th day of August, 2020.

_____
The Honorable Barbara J. Rothstein
U.S. District Court Judge